UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:07-cv-358-C

| | |
|---|---|
| WAYNE EUGENE JACKSON, | ) |
| Plaintiff, | ) |
| vs. | ) **ORDER** |
| BOBBIE ELLER, STEVEN RANKIN, and ED BELL, | ) |
| Defendants. | ) |

On December 13, 2007 the magistrate judge issued a Memorandum and Recommendation in the present case recommending that the Defendants' Motion to Dismiss be granted. The parties were advised that objections were to be filed in writing within ten days after service of the magistrate judge's decision. The deadline for filing objections has passed without either party filing specific objections in this matter. After a careful review of the Memorandum and Recommendation, the Court finds that the magistrate judge's proposed findings of fact are supported by the record and that the proposed conclusions of law are consistent with current case law. Accordingly, Court hereby accepts the magistrate judge's recommendation that Defendants' Motion to Dismiss be granted and the instant action be dismissed.

Signed: January 7, 2008

Robert J. Conrad, Jr.
Chief United States District Judge