# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Wayne Eugene Jackson,

    Plaintiff(s),

vs.

Bobbie Eller, Steven Rankin, and Ed Bell,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:07cv358

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 7, 2008 Order.

Signed: January 7, 2008

Frank G. Johns, Clerk
United States District Court